Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of paper-covered periodicals issued within 6 months prior to the time of entry and that they are devoted to current literature of the day, are issued regularly at stated periods, and bear the date of issue, the same in all material respects as the periodicals involved in Abstract 56077, the claim for free entry under paragraph 1726 was sustained.

No. 56719.—B. Shackman & Co., Inc., and S. Stern, Henry & Co. v. United States, protest 177617–K (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of paper boxes the same in all material respects as those the subject of *B. Shackman & Co.* v. *United States* (26 Cust. Ct. 111, C. D. 1309), the claim of the plaintiffs was sustained.

No. 56720.—Gimbel Bros., Inc. v. United States, protests 178813–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

No. 56721.—Jay Thorpe, Inc., and W. J. Byrnes & Co. of N. Y., Inc. v. United States, protest 182019–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiffs was sustained.

No. 56722.—Cohn Hall Marx Co. v. United States, protests 144460–K, etc. (New York).